In re LODER. In re LEAVITT. (Supreme Court, Appellate Division, First Department. March 15, 1912.) In the matter of Noah Loder and in the matter of Clarence A. Leavitt. No opinions. Respondents disbarred. Settle orders on notice.

LONDON REALTY CO. v. RIORDAN. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by the London Realty Company against Elizabeth Riordan. No opinion. Motion granted. Order filed. See, also, 133 N. Y. Supp. 595.

LOOMIS et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Leslie G. Loomis and another against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See, also, 136 App. Div. 913, 120 N. Y. Supp. 1132; 140 App. Div. 915, 124 N. Y. Supp. 1120.

LUDEWIG, Respondent, v. BOSSELMAN, Appellant. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Otto R. H. Ludewig against Andreas C. Bosselman. R. Marks, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 App. Div. 934, 129 N. Y. Supp. 1132.

LYTH et al., Appellants, v. LYTH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) Action by Sarah F. Lyth and another, individually and as executors, etc., and others, against Alfred Lyth. No opinion. Order affirmed, with $10 costs and disbursements.

McCANN et al., Respondents, v. SULLIVAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by John McCann and another, as executors, etc., against James Sullivan, impleaded with Julia T. Dougherty and others. No opinion. Judgment affirmed, with costs.

McGEAN, Respondent, v. PARSONS, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by Edward J. McGean, as trustee, against William E. Parsons, Jr., impleaded with others. H. Aplington, for appellant. J. V. Judge, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 N. Y. Supp. 649.

McGINN, Respondent, v. LIGHTHOUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Elizabeth R. McGinn against Margaret V. Lighthouse and others, as executors, etc. No opinion. Judgment affirmed, with costs.

MACLAY, Respondent, v. SHERMAN, Appellant. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by William H. Maclay against Charlotte M. Sherman. No opinion. Motion granted, without costs.

McMAHON, Appellant, v. MICHAEL FOX AMUSEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by Francis J. McMahon against the Michael Fox Amusement Company. A. Rosenthal, for appellant. G. A. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re McQUADE (two cases). (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of Edward A. McQuade. No opinion. Reference ordered to official referee. Settle orders on notice.

In re MAHONEY'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 28, 1912.) In the matter of the probate of the alleged last will and testament of Margaret Mahoney, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

MALONEY v. HOLDEN. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Kate Maloney against Lawrence Holden. No opinion. Application denied, with $10 costs. Order signed.

MALONEY v. HURRY. ADLER v. MAYPER. CALHOUN v. COMMONWEALTH TRUST CO. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Actions by Michael Maloney against Randolph Hurry, by David Adler against Samuel Mayper, and by John C. Calhoun against the Commonwealth Trust Company. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 132 N. Y. Supp. 1147; 133 N. Y. Supp. 1132; 133 N. Y. Supp. 1114.

MARKS, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Jennie Marks, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the plaintiff made out a prima facie case, and that the nonsuit was improperly granted.